IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| | ) | 1:18-CR-425-SCJ-JSA-1 |
| vs. | ) | |
| | ) | |
| BRODERICK LEWIS TAYLOR | ) | |

## OBJECTIONS TO THE REPORT AND RECOMMENDATION

Comes now, BRODERICK LEWIS TAYLOR, Defendant in the above-styled action, by and through undersigned counsel, and respectfully submits his objections to the Report and Recommendation issued by the Magistrate Judge on June 17, 2019, 2018, and in support, Mr. Taylor shows as follows:

(1)

Undersigned counsel was appointed to represent Mr. Taylor on November 28, 2018. Doc. 7.

(2)

Undersigned counsel filed a Motion to Dismiss the Indictment on March 22, 2019. Doc. 21.

(3)

In the Report and Recommendation (R&R), the Magistrate Judge recommended that the Motion to Dismiss the Indictment be denied. R&R at pages 1, 7. Docs. 27, 28. Mr. Taylor objects to the Magistrate Judge's legal conclusions. Notably, Mr. Taylor's arguments under the Commerce Clause and the Equal Protection Clause have not been addressed or resolved by either the Eleventh Circuit or the United States Supreme Court and thus, they remain an open question. R&R at pages 4-7.

WHEREFORE, Mr. Taylor requests that this Court accept his objections to the Report and Recommendation and grant the Motion to Dismiss the Indictment.

Dated: This 1st day of July, 2019.

>Respectfully Submitted,
>
>*s/Suzanne Hashimi*
>SUZANNE HASHIMI
>Georgia Bar. No. 335616
>Attorney for Mr. Taylor

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Objections to the Report and Recommendation was formatted in Times New Roman 14-pt. and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

> Will Traynor, Esq.
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia  30303

Dated: This 1st day of July, 2019.

> *s/ Suzanne Hashimi*
> SUZANNE HASHIMI

Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia  30303
404/688-7530